FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR 18 AM 8: 10

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | SECOND SUPERSEDING INDICTMENT NO. CR 405-330 |
| | VIO: 18 U.S.C. § 371, CONSPIRACY |
| v. | |
| | 18 U.S.C. § 1956(h), MONEY LAUNDERING CONSPIRACY |
| JONATHAN DEREK NIBLACK | |
| KING VIRGIL CHEEK, III, | 18 U.S.C. § 1952, INTERSTATE |
| BRYANT KEITH SHARP, | TRAVEL IN AID OF RACKETEERING |
| MITCHELL E. WILSON, | |
| RODNEY MADDOX COFFEY, | 18 U.S.C. § 1344, BANK FRAUD |
| STACY MCBEAN, CHARLES ALLEN | |
| AIKEN, BRYAN KEITH DAVIS, | 18 U.S.C. § 2, AIDING AND ABETTING |
| BRIAN GARIETH BETTS, | |
| JOHN SCOTT and KRYSTLL JANAL | |
| GARDNER a/k/a VERONICA SMITH | |

## ORDER

The Government having moved the court to dismiss all charges in the Second Superseding Indictment, without prejudice, as to defendant MITCHELL E. WILSON only, it is hereby

CONSIDERED, ADJUDGED, and DECREED that said motion is GRANTED and the charges against defendant MITCHELL E. WILSON in the Second Superseding Indictment in the above matter are hereby dismissed, without prejudice. _

SO ORDERED this _____ day of _____, 2007.

HON. B. AVANT EDENFIELD
JUDGE
UNITED STATES DISTRICT COURT

Order Prepared by:
Brian F. McEvoy
Assistant United States Attorney
Georgia Bar No. 490845